_____
_____
(Court Level and Jurisdiction)

Deandre tyler

        Plaintiff

        -vs-

Yong chong, Leforth vicente munoz and Carlos lan ortiz

        Defendants

8:20 cv 2250 T 60 JSS
(Case ID Number)

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA
2020 SEP 25  AM 10: 43
FILED

## AFFIDAVIT

I, Deandre devine tyler, of Tampa, in Hillsbourgh, Florida, MAKE OATH AND SAY THAT:

1.    On July 30, 2020 I provided $45,000 to as a loan to a member to meat market inc. dba deli queen. This loan was agreed to be repayed in incriminate of $5,000 beginning of the third month of the money being loaned.

2.    Carlos lan Ortiz a member signed on behalf of meat market inc. with a notary as witness.

3.    On aug 17,2020 yong Chong owner of meat market inc. stated that Carlos lan Ortiz was owner of deli queen the business at 5812 n 40th street.

4.    on aug 17th I made a payment of $12,000 to meat town market inc. owner yong Chong on behalf of leforth Vicente Munoz the stated owner and manger of deli queen located at 5812 n 40th st.

5.    Leforth Vicente Munoz has a contract for ownership and management of deli queen  located at 5812 n 40th st Tampa Florida 33610 granted by meat town market inc./ yong Chong.



Page 1 of 3

6.  On September 7, 2020 leforth Vicente Munoz removed Carlos lan Ortiz as a manger of the business located at 5812 n 40th st Tampa Florida 33610 and remanded keys to the business.

7.  On September 7th 2020  leforth Vicente Munoz Gave me keys to manage and operate business at 5812 n 40th st. Tampa Florida 33610.

8.  On September 6th 2020 unethical business practices were discovered relating to Carlos lan Ortiz.

9.  On September 20th unethical business practices were discovered between meat town market inc. Dba deli queen-yong Chong and leforth Vicente Munoz relating to business taxes and business operations.

10. On September 20, 2020  unethical business practices were discovered between yong Chong and leforth Vicente Munoz relating to employees. Employees have been working weeks without pay.

11. I have worked 752 hours without any pay..

12. I have been forced to pay unpayed debt to company's that meat market inc. dba deli queen-yong Chong have left to the business.

Deandre Taylor

09/25/20

$ 17131 heart of plams drive
Tampa Fl 33647

STATE OF FLORIDA

COUNTY OF HILLSBOURGH


SUBSCRIBED AND SWORN TO BEFORE ME,
by means of ___ physical presence or ___ online
notarization, on the _____ day of
_____, _____

_____
(Signature)

Deandre devine tyler

Signature _____
(Seal)
NOTARY PUBLIC
My Commission expires:

_____

©2002-2020 LawDepot.com®